# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138765

CHRIS GOODRICH,
          Plaintiff-Appellant,

v

HOME DEPOT, HOME DEPOT, INC., and/or
HOME DEPOT USA, INC., RICHARD
TINDALL, MIKE KINZELL, a/k/a MIKE
KINSAL, JULIA PETERS, and LINDSEY
MAGLEY, a/k/a LINDSAY MAGLEY,
          Defendants-Appellees.

SC: 138765
COA: 281652
Genesee CC: 06-083994-CL

_____/

On order of the Court, the application for leave to appeal the January 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

p0901